HONORABLE RONALD B. LEIGHTON

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| INDUSTRIAL RESOURCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> M/V MOMMA, Official No. 250424, its Engines, Machinery, Appurtenances, etc. *in rem*, and B.B. MOMMA PACKERS, INC., *in personam*, <br><br> Defendants <br><br> vs. <br><br> JESSE ENGINEERING COMPANY, a Washington corporation, <br><br> Intervening Plaintiff | IN ADMIRALTY <br><br> CAUSE NO. C05-5668RBL <br><br> **ORDER ALLOWING INTERVENTION BY JESSE ENGINEERING COMPANY** |

**THIS MATTER** has come before the Court upon Motion of Intervening Plaintiff, Jesse Engineering Company. Having reviewed the file, the memorandum of Jesse Engineering, and any objections, and it appearing that Jesse Engineering has stated maritime lien claims against the vessel *in rem* for moorage and warehousing, and it

**ORDER ALLOWING
INVERVENTION - 1**

CAREW LAW OFFICE
5450 California Ave. SW, Suite 101
Seattle, Washington 98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

further appearing that disposition of the action may as a practical matter impair or impede the applicant's ability to protect its interest in the vessel,

**IT IS THEREFORE ORDERED** that movant Jesse Engineering Company is permitted to intervene in this action;

**AND IT IS FURTHER ORDERED,** pursuant to LAR 131(b), that the clerk shall forthwith deliver uncertified copies of the order and of the complaint in intervention to the marshal who shall deliver the copies to the custodian of the property. The claimant/intervenor Jesse Engineering Company will thereafter be subject to the rights and obligations of parties and the property shall stand arrested, attached or garnished by the claimant/intervenor Jesse Engineering Company;

**AND IT IS FURTHER ORDERED**, that the complaint in intervention may be filed, and claimant/intervenor shall serve same upon the *in personam* defendant.

DONE this 28th day of November, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

_____
SHANE C. CAREW, WSBA 10988
Attorney for Claimant/Intervenor Jesse Engineering Company

**ORDER ALLOWING INVERVENTION - 2**

CAREW LAW OFFICE
5450 California Ave. SW, Suite 101
Seattle, Washington  98136
Telephone: (206) 587-0590
Fax: (206) 587-2388