HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| INDUSTRIAL RESOURCES, INC.,<br><br>                        Plaintiff,<br><br>        v.<br><br>MOMMA, Official No. 250424, its Engines,<br>Machinery, Appurtenances, etc.,<br>*In Rem*;<br><br>and<br><br>B.B. MOMMA PACKERS, INC.,<br>*In Personam*,<br><br>                        Defendants. | IN ADMIRALTY<br><br>Case No. C05-5668 RBL<br><br>ORDER OF DEFAULT *IN REM*<br>AGAINST F/V MOMMA,<br>OFFICIAL NO. 250424, AND ALL<br>PERSONS WITH AN INTEREST<br>OR CLAIM TO THE VESSEL<br>WHO HAVE NOT FILED A<br>CLAIM AND *IN PERSONAM*<br>AGAINST B.B. MOMMA<br>PACKERS, INC. |

THIS MATTER having come on for consideration upon motion of Industrial

Resources, Inc. for entry of an order of default *in rem* against F/V MOMMA, Official

No. 250424, and all persons having an interest in or claim to vessel, but who have not

filed a Rule C (6) claim herein or otherwise answered, and *in personam* against B.B.

Momma Packers, Inc. and the Court having reviewed the records and files herein and the

affidavit of William D. De Voe, and being otherwise advised in the premises, it is

ORDERED that the vessel F/V MOMMA, Official No. 250424 and all persons with an interest in and claim to the defendant vessel who have not filed a claim, answer, or motion to intervene are in default; and it is further

ORDERED that defendant B.B. Momma Packers, Inc. is in default.

DATED this 9th day of November, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

HOLMES WEDDLE & BARCOTT, P.C.

_____/s/_____
William D. De Voe, WSBA # 14292
Attorney for Plaintiff
999 Third Avenue, Suite 2600
Seattle, WA 98104